Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California 93755-5622
Telephone:    559/248-9833
Fax:  559/248-9820

Attorney for defendant Shonti Corker

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                        Plaintiff,          )<br>                                                              )<br>            v.                                            )<br>                                                              )<br>SHONTI CORKER,                          )<br>                                                              )<br>                        Defendant.      )<br>_____) | NO. 1:09-CR-00010-AWI<br><br>DEFENDANT SHONTI CORKER'S<br>NOTICE OF WAIVER OF<br>PERSONAL APPEARANCE |

    Defendant, SHONTI CORKER, hereby waives her right to be present in person at the hearing of any motion or other proceeding in this case, including trial setting, trial confirmation, motions hearings, the ordering of a continuance, or any other action taken by the Court before trial, except upon arraignment and plea, impaneling of jury and imposition of sentence.

    Defendant hereby requests that the Court proceed during her every absence which the Court may permit pursuant to this waiver, including the scheduled status hearing currently set before Judge Anthony W. Ishii, February 17, 2009 at 9:00 a.m.

    Ms. Corker agrees that her interests will be deemed represented at all times by the presence of her attorney, Carolyn D. Phillips, the same as if she was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may choose in her absence.

Defendant, Ms. Corker, further acknowledges that she has been informed of her rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without defendant being present.

Dated: February 6, 2009                /s/ Shonti Corker
                                       Shonti Corker
                                       Defendant


Dated: February 11, 2009               /s/ Carolyn D. Phillips
                                       Carolyn D. Phillips
                                       Attorney for Defendant
                                       Shonti Corker


**ORDER**

IT IS SO ORDERED.

**Dated:   February 11, 2009**              /s/ **Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE