Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for Shonti Corker

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00010 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING AND |
| v. ) | FILING DEADLINES, |
| ) | ORDER THEREON |
| SHONTI CORKER, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for July 6, 2009 may be continued to July 27, 2009 at 9:00 a.m.  Defendant's objections to Probation and Mr. McKeon will be due July 3, 2009, and formal objections will be filed with the Court and served on Probation and Mr. McKeon July 13, 2009.

These changes are being made because defendant needs additional time to conduct further investigation into the issues raised in the probation officer's report, to complete preparation of defendant's sentencing memorandum and for the sentencing hearing. Defense counsel is unavailable from June 17, 2009 through June 29, 2009.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).

Dated:  June 15, 2009                    Respectfully submitted,

/s/Carolyn Phillips
CAROLYN PHILLIPS
Attorney for Defendant
Victor A. Trejo

Dated:  June 15, 2009                    LAWRENCE G. BROWN
Acting U.S. Attorney

By:   /s/ Mark McKeon
MARK McKEON
Assistant U.S. Attorney

## ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. The sentencing hearing in this matter shall be continued to July 27, 2009, at 9 a.m. Defendant's objections to Probation and Mr. McKeon will be due July 3, 2009, and formal objections will be filed with the Court and served on Probation and Mr. McKeon July 13, 2009.  Time is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   June 17, 2009**               /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE